AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 2:18mj104-DBP
Various cellular telephones more specifically described )
in Attachment A )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Central_____ District of _____Utah_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Distribute a Controlled Substance |
| 21 U.S.C. 843(b) | Unlawful Use of a Communications Facility |
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of a Controlled Substance |

The application is based on these facts:
SEE AFFIDAVIT and ATTACHMENTS A AND B ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Tyler Olsen, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/13/18

_____
*Judge's signature*

City and state: SALT LAKE CITY, UTAH        Dustin B. Pead, United States Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG CELL PHONE, MODEL: SM-G550T1, FCC ID: A3LSMG550T, SW: G55OT1UVU1APED<br><br>ZTE CELL PHONE, MODEL: Z799VL, FCC ID: SRQ-Z799VL<br><br>ZTE CELL PHONE, MODEL: Z831, FCC ID: SRQ-Z831, IMEI: 869641026485038, SKU: S349A<br><br>SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243390/5<br><br>SAMSUNG CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 357073083272506, SKU: 6362A<br><br>SAMSUNG CELL PHONE, MODEL: SM-J327A, FCC ID: A3LSMJ327A, IMEI: 357153081226181, SKU: 6023B<br><br>SAMSUNG GALAXY EXPRESS 3 CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 353118083691868, SKU: 6362A<br><br>SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243500/9<br><br>HTC CRICKET CELL PHONE, MODEL: 0PGQ100, FCC ID: NM80PGQ100, IMEI: 351730071299199, P/N: 99HAES003-00<br><br>LG CELL PHONE, MODEL: LGMS210, FCC ID: ZNFM210, IMEI: 358772-08-408801-4<br><br>SAMSUNG GALAXY S8+ CELL PHONE, MODEL: SM-G955U, FCC ID: | Case No. _____ |

> A3LSMG955U, IMEI: 357757083442016, SKU: 6035B
>
> IPHONE CELL PHONE, MODEL: A1778, FCC ID: BCG-E3091A, IC: 579C-E3091A
>
> SAMSUNG CELL PHONE, MODEL: SM-J327P UD, FCC ID: A3LSMJ327P
>
> LG FLIP CELL PHONE, MODEL: LGMS450, FCC ID: ZNFB450, IMEI: 014153-00-281190-0, SW: V10E
>
> ALCATEL ONETOUCH FLIP CELL PHONE, MODEL: 2017B, FCC ID: RAD506,
>
> CURRENTLY LOCATED AT 257 E 200 S, SUITE 475, SALT LAKE CITY, UTAH.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Tyler K. Olson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property—an electronic device—which is currently in law enforcement possession, and the extraction from that property of electronically stored information described in Attachment B.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ["ATF"] and have been so employed since 2008. I served as an ATF Industry Operations Investigator between 2004 and 2008. I am a graduate of the Criminal Investigator Training Program and ATF Special Agent Basic Training program at the Federal Law

Enforcement Training Center at Glynco, Georgia. I am currently assigned to the Denver Field Division, Salt Lake City I Field Office, Salt Lake City, Utah. I have participated in the execution of numerous search and arrest warrants involving federal firearm and narcotic violations. My duties as a Special Agent include enforcement of the laws of the United States with a focus on firearm violations. I have been assigned to the Weber-Morgan Narcotics Strike Force since 2013 and have participated in the gathering of evidence related to investigations involving firearms and controlled substances. Due to this training and experience, I know that drug dealers often utilize multiple phones to communicate and frequently drop or change phones in an effort to avoid detection by law enforcement.

3.  This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

4.  The property to be searched is described as:

- SAMSUNG CELL PHONE, MODEL: SM-G550T1, FCC ID: A3LSMG550T, SW: G55OT1UVU1APED
- ZTE CELL PHONE, MODEL: Z799VL, FCC ID: SRQ-Z799VL
- ZTE CELL PHONE, MODEL: Z831, FCC ID: SRQ-Z831, IMEI: 869641026485038, SKU: S349A
- SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243390/5
- SAMSUNG CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 357073083272506, SKU: 6362A
- SAMSUNG CELL PHONE, MODEL: SM-J327A, FCC ID: A3LSMJ327A, IMEI: 357153081226181, SKU: 6023B
- SAMSUNG GALAXY EXPRESS 3 CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 353118083691868, SKU: 6362A
- SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243500/9
- HTC CRICKET CELL PHONE, MODEL: 0PGQ100, FCC ID: NM80PGQ100, IMEI: 351730071299199, P/N: 99HAES003-00

- LG CELL PHONE, MODEL: LGMS210, FCC ID: ZNFM210, IMEI: 358772-08-408801-4
- SAMSUNG GALAXY S8+ CELL PHONE, MODEL: SM-G955U, FCC ID: A3LSMG955U, IMEI: 357757083442016, SKU: 6035B
- IPHONE CELL PHONE, MODEL: A1778, FCC ID: BCG-E3091A, IC: 579C-E3091A
- SAMSUNG CELL PHONE, MODEL: SM-J327P UD, FCC ID: A3LSMJ327P
- LG FLIP CELL PHONE, MODEL: LGMS450, FCC ID: ZNFB450, IMEI: 014153-00-281190-0, SW: V10E
- ALCATEL ONETOUCH FLIP CELL PHONE, MODEL: 2017B, FCC ID: RAD506;

hereinafter the "Devices." The Devices are currently located at the ATF Evidence Vault, 257 E. 200 S., Suite 475, Salt Lake City, Utah.

5. The applied-for warrant would authorize the forensic examination of the Devices for the purpose of identifying electronically stored data particularly described in Attachment B.

**PROBABLE CAUSE**

6. On October 4, 2017, ATF Agents obtained a Title III wire intercept for electronic communication order from the Honorable Judge David Nuffer and began monitoring telephone number 385-245-5030 belonging to Darrell WASHINGTON. On November 3, 2017, the Honorable Judge Clark Waddoups signed an order to continue monitoring the phone and three other phones used by WASHINGTON.

7. Since October 4, 2017, Agents have intercepted thousands of phone calls between WASHINGTON and other identified and unidentified subjects pursuant to the federal Title-III order. Agents have listened to WASHINGTON making hundreds of narcotic transactions involving heroin, methamphetamine, cocaine, and marijuana. Agents have heard WASHINGTON talk about firearms. Agents have been conducting video and physical surveillance on suspected drug and firearm activities. Agents have observed and documented over 50 suspected narcotic transactions. Agents have conducted "wall stops" using local marked police officers to confirm WASHINGTON is distributing narcotics.

8. On November 8, 2017, Agents intercepted phone calls indicating that WASHINGTON was going to Salt Lake City to meet a narcotic source. WASHINGTON was talking to unknown male caller using phone number 801-403-8102. Agents queried this phone number in a deconfliction database and identified that the Drug Enforcement Agency (DEA) had previously deconflicted this phone number. Agents contacted DEA regarding this phone number and DEA stated that they had previously identified this phone as belonging to Albino JUAK and had information that he resided at the apartments on Foss Street in Salt Lake City. JUAK has felony convictions for: 2011 Operating a Vehicle Negligently Causing Inj/Death, Failure to Remain at Accident, and Failure to Stop at the Command of Police (UT 3rd District Court Case, 111901853). JUAK has misdemeanor convictions for: 2009 Possession of a Controlled Substance (PCS), 2011 Obstructing Justice, 2017 PCS, 2017 Interference with Arresting Officer, and 2017 Assault. JUAK has additional arrests for: 2009 PCS (cocaine), 2010 PCS, 2016 PCS, 2016 Robbery and Assault.

9. JUAK instructed WASHINGTON to bring the "chips." I know that drug dealers often use the term "chips" to mean money. Agents were sent to 217 South Foss Street to attempt to observe the transaction. Agents observed WASHINGTON arrive at 217 South Foss Street and enter an apartment building. Agents were able to observe WASHINGTON leave apartment A202.

10. On November 22, 2017, ATF Agents obtained a federal search warrant from the Honorable Magistrate Judge Brooke Wells for 217 South Foss St. # A-202, Salt Lake City, Utah.

11. On November 29, 2017, ATF Agents and other local law enforcement officers served the search warrant at 217 South Foss St. # A-202. Albino JUAK and Tunyang GATBEL

were at the residence during the execution of the search warrant. The following items were located in the residence:

    a. Approximately 52 grams of marijuana in the kitchen and living room area of the apartment.

    b. Large quantities of baggies, scales, and packaging, all of which are consistent with the distribution of narcotics.

    c. Fifteen (15) cell phones described as:

        1) SAMSUNG CELL PHONE, MODEL: SM-G550T1, FCC ID: A3LSMG550T, SW: G55OT1UVU1APED
        2) ZTE CELL PHONE, MODEL: Z799VL, FCC ID: SRQ-Z799VL
        3) ZTE CELL PHONE, MODEL: Z831, FCC ID: SRQ-Z831, IMEI: 869641026485038, SKU: S349A
        4) SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243390/5
        5) SAMSUNG CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 357073083272506, SKU: 6362A
        6) SAMSUNG CELL PHONE, MODEL: SM-J327A, FCC ID: A3LSMJ327A, IMEI: 357153081226181, SKU: 6023B
        7) SAMSUNG GALAXY EXPRESS 3 CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 353118083691868, SKU: 6362A
        8) SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243500/9
        9) HTC CRICKET CELL PHONE, MODEL: 0PGQ100, FCC ID: NM80PGQ100, IMEI: 351730071299199, P/N: 99HAES003-00
        10) LG CELL PHONE, MODEL: LGMS210, FCC ID: ZNFM210, IMEI: 358772-08-408801-4
        11) SAMSUNG GALAXY S8+ CELL PHONE, MODEL: SM-G955U, FCC ID: A3LSMG955U, IMEI: 357757083442016, SKU: 6035B
        12) IPHONE CELL PHONE, MODEL: A1778, FCC ID: BCG-E3091A, IC: 579C-E3091A
        13) SAMSUNG CELL PHONE, MODEL: SM-J327P UD, FCC ID: A3LSMJ327P
        14) LG FLIP CELL PHONE, MODEL: LGMS450, FCC ID: ZNFB450, IMEI: 014153-00-281190-0, SW: V10E
        15) ALCATEL ONETOUCH FLIP CELL PHONE, MODEL: 2017B, FCC ID: RAD506

    d. One (1) Glock, model 19, 9mm caliber, semi-automatic pistol, SN: WVE350.

   e. Fifty-four (54) rounds of 9mm ammunition, thirty-three (33) of which were in the Glock pistol.

   f. Agents located indicia for GATBEL, a large amount of court/legal paperwork in the southeast bedroom. GATBEL stated the paperwork along with other items like luggage and clothing fond in the same bedroom belonged to him.

   g. $9,944.00 in US currency.

   12. Between November 6, 2017, and November 22, 2017, WASHINGTON and JUAK have talked on the phone at least 13 times using phone number 801-403-8102. Between October 22, 2017, and November 28, 2017, WASHINGTON and GATBEL have talked on the phone at least 24 times using phone number 720-435-9198. These cell phone conversations have been brief and cryptic in nature, and have coincided with brief meetings between WASHINGTON, GATBEL and JUAK in the areas of Salt Lake City and Ogden, Utah. These brief, cryptic cell phone conversations combined with brief meetings are synonymous with narcotics purchases/sales. Agents seized 15 cell phones during the search warrant on 217 South Foss St., #A-202, Salt Lake City, Utah. Agents believe these cell phones belong to JUAK and GATBEL and were used to facilitate their narcotic transactions.

   13. The Devices are currently in the lawful possession of the Bureau of Alcohol, Tobacco, Firearms and Explosives. ATF seized the Devices along with other items of evidence on April 5, 2016. Therefore, while the ATF might already have all necessary authority to examine the Devices, I seek this additional warrant out of an abundance of caution to be certain that an examination of the Devices will comply with the Fourth Amendment and other applicable laws.

14. The Devices are currently in storage at 257 E. 200 S., Suite 475, Salt Lake City, Utah. In my training and experience, I know that the Devices have been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when the Devices first came into the possession of the ATF.

### TECHNICAL TERMS

15. Based on my training and experience, I use the following technical terms to convey the following meanings:

   a. Wireless telephone: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

b. Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

c. Portable media player: A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

d. GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated

"GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

e. PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

f. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).

Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

g. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

16. Based on my training, experience, and research, and from consulting the manufacturer's advertisements and product technical specifications available online at http://www.samsung.com, I know that the Devices have capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

17. Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

18. *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Devices were used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Devices because:

a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual

information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

19. *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

20. *Manner of execution.* Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

//

//

//

//

//

//

## **CONCLUSION**

21.  I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the Devices described in Attachment A to seek the items described in Attachment B.

Respectfully submitted,

_____
Tyler K. Olson
Special Agent
ATF

Subscribed and sworn to before me
on February 13, 2018:

_____
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

The property to be searched:

- SAMSUNG CELL PHONE, MODEL: SM-G550T1, FCC ID: A3LSMG550T, SW: G55OT1UVU1APED
- ZTE CELL PHONE, MODEL: Z799VL, FCC ID: SRQ-Z799VL
- ZTE CELL PHONE, MODEL: Z831, FCC ID: SRQ-Z831, IMEI: 869641026485038, SKU: S349A
- SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243390/5
- SAMSUNG CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 357073083272506, SKU: 6362A
- SAMSUNG CELL PHONE, MODEL: SM-J327A, FCC ID: A3LSMJ327A, IMEI: 357153081226181, SKU: 6023B
- SAMSUNG GALAXY EXPRESS 3 CELL PHONE, MODEL: SM-J120A UD, FCC ID: A3LSMJ120A, IMEI: 353118083691868, SKU: 6362A
- SAMSUNG CELL PHONE, MODEL: SM-J327T1, FCC ID: A3LSMJ327T, SW: J327T1UVU1AQG1, IMEI: 352001/09/243500/9
- HTC CRICKET CELL PHONE, MODEL: 0PGQ100, FCC ID: NM80PGQ100, IMEI: 351730071299199, P/N: 99HAES003-00
- LG CELL PHONE, MODEL: LGMS210, FCC ID: ZNFM210, IMEI: 358772-08-408801-4
- SAMSUNG GALAXY S8+ CELL PHONE, MODEL: SM-G955U, FCC ID: A3LSMG955U, IMEI: 357757083442016, SKU: 6035B
- IPHONE CELL PHONE, MODEL: A1778, FCC ID: BCG-E3091A, IC: 579C-E3091A
- SAMSUNG CELL PHONE, MODEL: SM-J327P UD, FCC ID: A3LSMJ327P
- LG FLIP CELL PHONE, MODEL: LGMS450, FCC ID: ZNFB450, IMEI: 014153-00-281190-0, SW: V10E
- ALCATEL ONETOUCH FLIP CELL PHONE, MODEL: 2017B, FCC ID: RAD506

The Devices are currently located at the ATF Evidence Vault, 257 E. 200 S. Suite 475, Salt Lake City, Utah.

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## **ATTACHMENT B**

All records on the Devices described in Attachment A that relate to violations of 18 U.S.C. § 922(g)(1), Felon Possession of a Firearm and Ammunition, 21 U.S.C. § 843(b), Unlawful Use of Communication Device, and 21 U.S.C. § 841(a)(1), Possession of a Controlled Substance with Intent to Distribute.

Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.